[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 19, 2006
THOMAS K. KAHN
CLERK

No. 06-10955

_____

D. C. Docket No. 04-00196 CV-LSC-W

SANDRA E. DAY,

                                        Plaintiff-Appellant,

                    versus

SHELTON STATE COMMUNITY COLLEGE,
TOM UMPHREY, individually and officially, et al.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(December 19,  2006)

Before DUBINA and WILSON, Circuit Judges, and HODGES,* District Judge.

_____
        *Honorable Wm. Terrell Hodges, United States District Judge for the Middle District of
Florida, sitting by designation.

PER CURIAM:

Appellant/Plaintiff, Sandra E. Day, appeals the district court's order granting summary judgment to appellees/defendants, Shelton State Community College, Tom Umphrey, and James Rogers, on Day's claim of retaliation in violation of her free speech rights pursuant to the First and Fourteenth Amendments and 42 U.S.C. § 1983.

After reviewing the record, reading the parties' briefs and having the benefit of oral argument, we affirm the district court's grant of summary judgment based on its well-reasoned memorandum opinion filed on January 10, 2006.

**AFFIRMED.**